PROB 12B
ED/AR (12/2012)

# United States District Court

## for the

## Eastern District of Arkansas



FILED
U.S. DISTRICT COURT
EASTERN DISTRICT ARKANSAS

OCT 03 2016

JAMES W. McCORMACK, CLERK
By: _____
                              DEP CLERK

### Request for Modifying the Conditions or Term of Supervision
### With Consent of the Offender
*(Probation Form 49, Waiver of Hearing is Attached)*

| | | | |
|---|---|---|---|
| Name of Offender: | Richard Lynn Anderson | Case Number: | 0860 4:11CR00251-01 |

Name of Sentencing Judicial Officer:   Honorable J. Leon Holmes
                                        United States District Judge

Original Offense:   Aiding and Abetting the Possession With Intent to Distribute Methamphetamine

Date of Sentence:   May 30, 2013

Original Sentence:   60 months Bureau of Prisons followed by 48 months supervised release

| | | |
|---|---|---|
| Type of Supervision: Supervised Release | Date Supervision Commenced: | August 19, 2016 |
| | Date Supervision Expires: | August 18, 2020 |

| | | |
|---|---|---|
| U. S. Probation Officer: Bradley A. Anderson | Asst. U.S. Attorney: Patrick C. Harris | Defense Attorney: Lisa Peters |

---

## PETITIONING THE COURT

☐  To extend the term of supervision for _____ year(s), for a total term of _____ years.
☒  To modify the conditions of supervision as follows:

The defendant will participate in a mental health program under the guidance and supervision of the probation office. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

## CAUSE

The defendant's presentence report indicates Mr. Anderson advised of feeling depressed after his fiancé had a stroke. On September 13, 2016, Mr. Anderson advised probation he was feeling depressed and suffering from high anxiety. Furthermore, the defendant advised he was spending a significant amount of time each day depressed and worrying about the various issues in his life. Mr. Anderson requested probation submit a modification to assist him in seeking mental health treatment. On September 13, 2016, probation contacted Ms. Lisa Peters, Assistant Federal Public Defender, and she advised Mr. Anderson of his rights concerning this issue. Mr. Anderson signed a waiver stating he agrees to this modification and does not wish to have a hearing.

Prob 12B            - 2 -            Request for Modifying the
Conditions or Term of Supervision
With Consent of the Offender

Name of Offender: Richard Lynn Anderson      Case Number: 0860 4:11CR00251-001

---

Bradley A. Anderson
U.S. Probation Officer

Date: September 19, 2016

Patrick C. Harris
Assistant U.S. Attorney

Date: 9-27-16

Approved by:

Supervising U.S. Probation Officer

---

This form is to be filed with Criminal Docketing as a motion.

---

THE COURT ORDERS:

☐ No Action
☐ The Extension of Supervision as Noted Above
☑ The Modification of Conditions as Noted Above
☐ Other

Honorable J. Leon Holmes
United States District Judge

Date: October 3, 2016

c: Assistant Federal Public Defender Lisa Peters
    Assistant U.S. Attorney Patrick C. Harris

PROB 49
(3/89)

# United States District Court

## Eastern District of Arkansas

### Waiver of Hearing to Modify Conditions
### of Probation/Supervised Release or Extend Term of Supervision

I have been advised and understand that I am entitled by law to a hearing and assistance of counsel before any unfavorable change may be made in my Conditions of Probation and Supervised Release or my period of supervision being extended. By "assistance of counsel," I understand that I have the right to be represented at the hearing by counsel of my own choosing if I am able to retain counsel. I also understand that I have the right to request the Court to appoint counsel to represent me at such a hearing at no cost to myself if I am not able to retain counsel of my own choosing.

I hereby voluntarily waive my statutory right to a hearing and to assistance of counsel. I also agree to the following modification of my Conditions of Probation and Supervised Release or to the proposed extension of my term of supervision:

The defendant will participate in a mental health program under the guidance and supervision of the probation office. The defendant will pay for the cost of treatment at the rate of $10 per session, with the total cost not to exceed $40 per month, based on ability to pay as determined by the probation office. In the event the defendant is financially unable to pay for the cost of treatment, the co-pay requirement will be waived.

Witness _____  Signed _Richard Anderson_
(U.S. Probation Officer)                         (Probationer or Supervised Releasee)

9-13-16
(Date)

_____
Defense Attorney